June 29, 2023

23-cv-271-JB-N

United STATES DISTRICT COURT SOUTHERN OF ALABAMA

Wendy M. Williams

Vs

Sylvia Rankins, Woods

        Wendy M. Williams fell victim to "abhorrent criminal activity and gross breaches of privacy by this individual Sylvia Woods/Rankins

This individual: By the name of Sylvia Woods/ Rankins.

Paid police officials for access to sensitive information my information. Every time she came, she knew more about me than I did. I knew she was not doing my paperwork. It appears there are a gang, cult, etc. involved.

Impersonated individuals to obtain medical information from private clinics and treatment centers. Also, stole information from my medical files. (HIPPA) violation.

Illegally accessed bank accounts, credit histories and financial records.

a smear campaign on every social media she/they could find to destroy name and, in the courthouse, and to her friends and relatives.

Sylvia Woods, first lie to me and stated that the police officer at University of South Alabama signed her name on a police report. When in fact she did that herself.

Sign her name on the police report. In 2023, She even went in my mailbox and put a card in there with her name on the back of the card 3 times because I first did not call the number back. When., I finally did she answered the telephone. She was getting her hair done at this lady that smoke crack home she stated to me about this lady.

When we checked, she lied on the police at the University of South Alabama. Sylvia told me that the police signed her name. She (Sylvia) also lied to the University of South Alabama and put a false charge on my name. She (Sylvia wanted me to get mad at the police.

She then came to me and stated that the district attorney was going to turn everything around on me (2023). and make it seem that I had done the wrong. Which we believe is another lie. But was told to which we started to put all of it together. I have never drink or smoked because that would disrupt the mind.

Then Sylvia was spreading rumors about me in court with the Judge (2013). Who dismissed the charges. Sylvia was trying make me get mad at the Judge. When in fact she carried that lie to South Alabama, DA's office and lied on the stand to the Judge. This is completely unacceptable.

Sylvia even lied on my name in 2013 to extort me out of money. When in fact, I paid her car notes, purchased food at the restaurant, purchase clothing and uniforms. Groceries. Paid for paint jobs, food, paid for purses, bills that she never paid me back for all that had been purchased.

I have been harassed by this individual so much. She came to apologize to me in December 2022. She even tried her best to put me in prison (2013). So, why would I befriend her back. Two weeks ago, I went to cash my check and she wanted to ride over the bay and did not have any money.

Then, this individual came back to my parent's home in 2023 asking me to co-sign for her a car because her car was not working correctly.

In 2013, We paid her cellphone bills because she always stated that she was going to pay us back and never paid me back. (ME, Sons, Dean Mitchell). Talking about somebody forgot. I will never forget.

I just know she was not who she said she was and that is a person that respects others. If, you don't respect me I cut you off.

She and her family plotted so that I could pay them money back double. When in fact they were already paid. All these games they are playing they need to find somebody to play with.

She, meaning Sylvia Woods/Rankins asked me to help her with college and could not get in because she did not have the grades and because she defaulted on her student loans.

Another individual had already done her paperwork by the name Arthur and stated that he had done her paperwork. And she knew she could not get in school because she defaulted.

The school has the camera visit.

She could not get in but went over to the school to argue with the people anyway. I was already there in the admission department talking to the Director. We were working together to get students in school. She called me on her cell phone and asked me to meet her in the Nursing program department.

Lied on my name to Ashley Rich and other people because she wanted us to keep helping her and paying her bills. She worked every day and never had money.

2009, Sylvia Rankins, Woods was taking medicine from the Jail and taking it to her home. The circle she hangs with does all types of bad things but are able to get away with it.

I cannot be a part of that then and now because that is not my mission. She intentionally went and lied to the DA's so that I could get mad with the DA's office and Judges. But in fact, she was one of the individuals causing this of this trouble in 2013. There were others but her case beats all of theirs.

Sylvia Rankins, Woods, lied to the DA's office and tried her best to get me mad with Ashley Rich and others during that time but in fact I did not know Ashley Rich. I heard of her but did not know her.

I was doing something different. She (Sylvia Rankins/Woods) slandered my name. She even stole information from jails and even had people in the jail record office and the court system... to give her information on our name. Somebody she knows.

She was going back to the DA's office and all telling lies. When in fact she was doing all of this to me. But the DAs did not see this. She then came to me and stated that I was making the most money. It appears that there were a group of people trying to hurt me. She (Sylvia Rankins/Woods).

She wanted to be me so bad that she tried her best to kill me by having me incarcerated and other things. Watching me and gaslighting and gang stalking me. Following me. Her mission is not my mission.

Defendant's retaliation against Plaintiffs was the direct and proximate cause of Plaintiffs' significant injuries, damages, and losses. She also has been able to get court lawsuit information on my causes that has nothing to do with her from her friends that work in the courthouse.

Sylvia Woods slandered Wendy M. Williams name leaving permanent records such as a record of court, a record on phones and emails. TV broadcast, newspaper articles.

An important aspect of the law is discovering how much the damage you've incurred are worth. When it comes to defamation, there are often no measures that will compensate for the losses, damage, and emotional duress incurred.

Libel there is written document statements in the Circuit court hearing. In which it was not done. Sylvia Rankins/Woods caused harm in so many different ways. She stopped my income. My reputation is damaged.

Note:

Defamation is a civil wrong that happens when one person makes false and harmful statements about another person, or third party and it results in damage to reputation. There are two types of defamation. Libel occurs in written and documented statements, while slander occurs when statements spoken or gestures are made.

To establish that defamation occurred and to lodge a claim, libel or slander must have been published in some manner, resulting in terrible difficulties concerning the subject's reputation, future, and even physical or mental health. In response to this, the first step for many is to send a cease-and-desist letter, instructing an individual making false claims to cease before further legal action is taken. **Learn more about defamation and how to understand potential winnings from creating a claim of defamation, below.**

**Slander vs libel**

As mentioned, the two elements of defamation are slander and libel:

**False light**

- A false light claim is true when a defamatory statement about an individual is published, with the implication that the statement is valid when it is not.
- To summarize, false light exists to "protect the plaintiff's mental and emotional well-being" rather than their reputation, which defamation aims to protect.

**Disparagement**

- Disparagement safeguards the financial and economic interests of the plaintiff or their enterprises.
- Defamation acts as a protectant for personal interests, but disparagement covers more extra-personal boundaries, like property ownership and assets.

**What Can You Win by Suing for Defamation of Character?**

Although defamation is an unsettling and depressing scenario, the positive side is that there are attributes (both financial and non-financial) that a person can prove:

**Specific and actual losses**

This involves things like losses related to:

- Corporate endeavors
- Collaborative earnings
- Promotional earnings

**Reduced revenues**

- Lost clients
- Lost business
- Lost store traffic

**Lost clients**

- Lost consumers
- Lost clients (if you offer a good or a service)
- Lost suppliers

**Goodwill and reputation**

- Losses to your reputation
- Losses to your brand's credibility
- Losses to your goodwill

**Punitive damages**

- With respect to the wealth of the defendant, punitive damages can be offered as compensation for defamatory statements

a. Compensatory damages for all properly damage incurred, and inconvenience related to my father and family members,

b. Punitive damages.

c. Reasonable attorney fees and costs associated with this action.

d. Any other relief that the court deems just and proper

Note: She was playing so many games and that group of individuals she had in her pocket that I told her I play chess not checker and it's my favorite game.

Respectfully Yours,
Wendy Williams

Note: The charges was dismissed and/or no bill in 2014. By Judge York.

When, I met her she stated you have to help Afro American people. She befriended me to try and copy me. What does that mean. I help all people. I found out it was a trick. They were trying everything to stop me.

1730 Cayouga Avenue
Prichard, Al
36610

U.S. District Court in Mobile
Lawsuit Division
Southern District of Alabama
155 Saint Joseph Street
Mobile, Alabama 36602