# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WENDY M. WILLIAMS,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:23-00271-JB-N |
| | ) |
| **SYLVIA WOODS,** | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ADJUDGED** and **DECREED** that Wendy M. Williams' action is **DISMISSED without prejudice** for failure to prosecute.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 19th day of October, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE